Robert D. Hoffman - State Bar No. 123458
**CHARLSTON, REVICH & WOLLITZ LLP**
1925 Century Park East, Suite 1250
Los Angeles, California 90067-2746
Tel: (310) 551-7016 • Fax: (310) 203-9321
E-mail: rhoffman@crwllp.com

Attorneys for Plaintiff,
AmTrust International Underwriters Limited

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMTRUST INTERNATIONAL UNDERWRITERS LIMITED, an Irish corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GROWLIFE, INC. a Delaware corporation; STERLING C. SCOTT, a California resident; JOHN GENESI, a California resident; MARCO HEGYI, a Washington resident; ROBERT E. HUNT, a Colorado resident; ERIC D. SHEVIN, a California resident; ALAN R. HAMMER, a New Jersey resident; ANTHONY J. CIABATTONI, a California resident; JEFFREY GIARRAPUTO, a California resident; JUSTIN MANNS, a California resident; ELISABETH WEDAM SCOTT, a California resident; CRAIG ELLINS, a Nevada resident and ROBERT KURILKO, a California resident,<br><br>　　　　　Defendants. | Case No. CV14-08116-CAS (JEMx)<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>**Case Filing Date:** October 20, 2014 |

**IT IS HEREBY STIPULATED AND AGREED** by and between plaintiff AmTrust International Underwriters Limited and the sole remaining defendant GrowLife, Inc., through their designated counsel, that:

1. The entire above-captioned action shall be, and hereby is, dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own legal fees and costs.

2. A proposed Order is submitted concurrently herewith.

Respectfully submitted,

DATED: August 10, 2015          CHARLSTON, REVICH & WOLLITZ LLP
                                ROBERT D. HOFFMAN


                                By:  /s/Robert D. Hoffman
                                     Robert D. Hoffman
                                     Attorneys for Plaintiff,
                                     AmTrust International Underwriters Limited


DATED: August 10, 2015          HORWITZ + ARMSTRONG LLP


                                By:  /s/John Armstrong
                                     John Armstrong
                                     Attorneys for Defendant
                                     GrowLife, Inc.


ATTESTATION:

I hereby attest that concurrence in the filing of this document has been obtained from John Armstrong, counsel for Defendant GrowLife, Inc.

/s/ Robert D. Hoffman

Attorneys for Plaintiff AmTrust International Underwriters Limited

Dated: August 10, 2015