JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMTRUST INTERNATIONAL UNDERWRITERS LIMITED, an Irish corporation,<br><br>Plaintiff,<br><br>v.<br><br>GROWLIFE, INC. a Delaware corporation; STERLING C. SCOTT, a California resident; JOHN GENESI, a California resident; MARCO HEGYI, a Washington resident; ROBERT E. HUNT, a Colorado resident; ERIC D. SHEVIN, a California resident; ALAN R. HAMMER, a New Jersey resident; ANTHONY J. CIABATTONI, a California resident; JEFFREY GIARRAPUTO, a California resident; JUSTIN MANNS, a California resident; ELISABETH WEDAM SCOTT, a California resident; CRAIG ELLINS, a Nevada resident and ROBERT KURILKO, a California resident,<br><br>Defendants. | Case No. CV14-08116-CAS (JEMx)<br><br>[PROPOSED] ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>Case Filing Date: October 20, 2014<br>Trial Date: None Set |

Based upon the stipulation of plaintiff AmTrust International Underwriters Limited and sole remaining defendant GrowLife, Inc. for an order dismissing the entire captioned action with prejudice, with each party to bear its own legal fees and

{00110689.DOCX 1}  1

costs, and good cause appearing therefor,

**IT IS HEREBY ORDERED** as follows:

1. The above captioned action is dismissed with prejudice in its entirety.
2. Each party shall bear its own legal fees and costs.

**IT IS SO ORDERED**

DATED: August 11, 2015

_____
UNITED STATES DISTRICT JUDGE